UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| DEBORAH DAMES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE, N.A., CAPITAL ONE BANK (USA), N.A.,<br><br>Defendants. | Case No. 1:19-cv-01010-CMH-TCB |

## Notice of Related Cases

Plaintiff Deborah Dames, individually and on behalf of all others similarly situated, by and through her undersigned counsel hereby files this Notice of Related Cases. This case is related to the cases below because it arises from the same events alleged and involves many of the same parties.

- *Baird v. Capital One Financial Corporation, et al.*, No. 1:19-cv-00979-LMB-JFA
- *McDonough v. Capital One Financial Corporation, et al.*, No. 1:19-cv-00984-LO-TCB
- *Anthony v. Capital One, N.A., et al.*, No. 1:19-cv-00993-CMH-JFA
- *Hilker v. Capital One Financial Corporation, et al.*, No. 1:19-cv-00995-RDA-JFA
- *Aminov v. Capital One Financial Corporation, et al.*, No. 1:19-cv-01006-RDA-JFA
- *Castro, et al. v. Capital One Financial Corporation, et al.*, No. 1:19-cv-01008-CMH-MSN
- *Heath, et al. v. Capital One Financial Corporation, et al.*, No. 3:19-cv-00555-JAG
- *Carter, et al. v. Capital One Financial Corporation, et al.*, No. 3:19-cv-00557-HEH

DATED: August 6, 2019

Respectfully submitted,

*/s/ Haley N. Proctor*

**COOPER & KIRK, PLLC**
David H. Thompson*
Haley N. Proctor (Bar No. 84272)
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
dthompson@cooperkirk.com
hproctor@cooperkirk.com

**KESSLER TOPAZ**
**MELTZER & CHECK LLP**
Joseph H. Meltzer*
Naumon A. Amjed*
Melissa L. Troutner*
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
jmeltzer@ktmc.com
namjed@ktmc.com
mtroutner@ktmc.com

*Applications for admission PHV forthcoming

*Attorneys for Plaintiff Deborah Dames and the proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2019, the foregoing notice was uploaded to the CM/ECF System. Plaintiff will serve Defendants with this notice along with the summons and the complaint.

By: */s/ Haley N. Proctor*
**COOPER & KIRK, PLLC**
Haley N. Proctor (Bar No. 84272)
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
hproctor@cooperkirk.com